May 8, 2007                                                                MEMORANDUM OF RECORD

When Recorded Return to:

Diane-Marie: Reynolds
c/o 4 Alberta Lane
Lakeville [02347]
<u>Massachusetts Non Domestic</u>

## DECLARATION OF INTENTION, CITIZENSHIP

### This is Non-Domestic Notice

Tracking # RB700684162US-05082007

**County of Plymouth**      )
                            ) ss
**State of Massachusetts**  )

    I, Diane-Marie: of the family Reynolds descendants, declare under the laws in and for Massachusetts state, being duly affirmed, deposes and says:

1.    That Declarant, Diane-Marie: of the family Reynolds descendants (hereinafter "DMR") is not in receipt of any admissible evidence that DMR is not the posterity of We the People as proscribed in the Preamble of the Constitution for the United States of America, March 4, 1789, and believes that none exist;

May 8, 2007                                                                                                           MEMORANDUM OF RECORD

2. That DMR is not in receipt of any admissible evidence that DMR is not domiciled near c/o 4 Alberta Lane, Lakeville, Plymouth County on Massachusetts country, lands and jurisdiction foreign to the UNITED STATES and its corporate, political subdivisions, and believes that none exist;

3. That DMR has not seen or been presented with any material fact or admissible evidence that DMR was not born a flesh-and-blood female child on the 15th day of the 4th month in the year of our Lord 1958 at Dorchester, Suffork County, Massachusetts country, a land and a jurisdiction foreign to the UNITED STATES, and believes that none exist;

4. That DMR has not seen or been presented with any material fact or admissible evidence that DMR is not a Citizen on the land which is beyond the sea on Massachusetts country, and therefore a Citizen of one of the several states of the Union known as the United States of American and believes that none exist;

5. That DMR has not seen or been presented with any material fact or admissible evidence that DMR is not a Citizen of Massachusetts country with full sovereign capacity as a **Foreign Minister** as acknowledged in Foreign Sovereign Immunities Act of 1976 (hereinafter "FSIA") of October 21, 1976, P.L. 94-583, §4(a), 90 Stat. 2892 as amended, see Title 28 U.S.C. § 1330 and §§ 1602 et seq., and Title 18 U.S.C. §§ 112, 1116 and believes that none exist;

6. That DMR has not seen or been presented with any material fact or admissible evidence that DMR is not making this Declaration of Intention, Citizenship to sever the legal relations between DMR herein and the UNITED STATES and/or its political subdivisions corporate or otherwise, forever, and believes that none exist;

7. That DMR has not seen or been presented with any material fact or admissible evidence that DMR is a UNITED STATES, citizen, U.S. citizen or national of the UNITED STATES, human capital per Presidential Executive Order 13037, or chattel property who owes it's permanent allegiance to the UNITED STATES and believes that none exist;

8. That DMR has not seen or been presented with any material fact or admissible evidence that DMR's being a Citizen, dwelling on Massachusetts country, one of the several states of the Union called the United States of America has ever been revoked, cancelled or nullified for any reason whatsoever and believes that none exist;

9. That DMR has not seen or been presented with any material fact or admissible evidence that her Declaration will not forever declare Diane-Marie: of the family Reynolds descendant's Citizenship on Massachusetts country, one of the several states of the Union called the United States of America, loyalty thereto and obedience to the laws thereof, and of all rights incident thereto and no person can say otherwise and believes that none exist, nunc pro tunc;

10. That DMR has not seen or been presented with any material fact or admissible evidence that DMR herein is not of good moral character and believes that none exist;

May 8, 2007                                                  MEMORANDUM OF RECORD

11.     That DMR has not seen or been presented with any material fact or admissible evidence that this Declaration will not serve as a bar, nunc pro tunc, any legal relations insofar as UNITED STATES citizenship under the thrust of the 14th Amendment or otherwise is concerned, and believes that none exist;

12.     That DMR has not seen or been presented with any material fact or admissible evidence that this Declaration will not serve as Declarant's status in regard to any contact, tie or relationship to the United States of America, and believes that none exist;

13.     That DMR has not seen or been presented with any material fact or admissible evidence that this Declaration will not serve as Declarant's status in regard to any contact, tie or relationship to the UNITED STATES or any of its political subdivisions, or instrumentalities and believes that none exist;

14.     That DMR has not seen or been presented with any material fact or admissible evidence that DMR is or ever has been an **enemy combatant**, or is or ever has been an **enemy** or **enemy ally**, as defined under the TRADING WITH THE ENEMY ACT (hereinafter "TWEA") or 1917 - 40 Stat. 411 as amended by 48 Stat. 1, or has engaged in rebellion against the lawful order of America - 12 Stat. 319, or has waged war against America, or has affiliations with known dissidents or others who advocate the overthrow of America, and believes that none exist;

15.     That DMR has not seen or been presented with any material fact or admissible evidence that DMR has not at all times been a **Foreign Minister** and an advocate of the **Gospel of peace,** and believes that none exist;

16.     That DMR has not seen or been presented with any material fact or admissible evidence that DMR has been classified by a court of competent jurisdiction as a "person" voluntarily engaged in any corporate privilege of limited liability for the payment of debts in Massachusetts, or UNITED STATES and believes that none exist;

17.     That DMR has not seen or been presented with any material fact or admissible evidence that the State of Massachusetts, (hereinafter "SOM" = STATE OF MASSACHUSETTS)" is not doing business under Federal Employer Tax Identification Number (hereinafter "FEIN"), Massachusetts FEIN # 046002284 for SOM, and believes that none exist;

18.     That DMR has not seen or been presented with any material fact or admissible evidence that SOM is not doing business under FEIN # 046002284 pursuant to the Congressional Foreign Trade Zone Act[2] (hereinafter "FTZA") enacted June 18, 1934 and forced on Massachusetts and believes that none exist;

19.     That DMR has not seen or been presented with any material fact or admissible evidence that the Massachusetts Constitution at Chapter VI, Article VIII does not provide an express prohibition for a person holding a lucrative office under the UNITES STATES **"Public**

May 8, 2007                                                                                              MEMORANDUM OF RECORD

**Trust"** or other power may not hold a civil office of profit in Massachusetts and believes that none exist;

20. That DMR has not seen or been presented with any material fact or admissible evidence that any person or entity doing business under a FEIN number does not have **federal character** under the thrust of a UNITED STATES Public Trust and believes that none exist;

21. That DMR has not seen or been presented with any material fact or admissible evidence that the agents, employees and officers of the "SOM", federally driven corporations, are not doing business in Massachusetts country with **"federal character"** contrary to the doctrine of separation of powers and believes that none exist;

22. That DMR has not seen or been presented with any material fact or admissible evidence that DMR has not been designated and further treated under **false muster and mixed war** as an enemy of war by certain unidentified agents, employees and officers of the federal corporation, "SOM" to the detriment of the DMR, apparently due to mistaken identification and designation of DMR for being an enemy, or enemy ally as defined under the TWEA as amended as 48 Stat. 1[4] under the thrust of TWEA - 40 Stat. 411, see Title 50 U.S.C. Appendix 1-6, 7-39, 41-44, and **Stoehr v. Wallace**, 255 U.S. 239 (1921) contrary to the provisions of FSIA and believes that none exist;

23. That DMR has not seen or been presented with any material fact or admissible evidence that 50 U.S.C. App, § 16 does not provide a felony penalty of $100,000.00 and a maximum of ten (10) years in federal prison for each violation of the TWEA or 18 U.S.C. § 112(a) (FSIA) by any person convicted of a violation and believes that none exist;

24. That DMR has not seen or been presented with any material fact or admissible evidence that acts of said agents, employees, officers of the "SOM", doing business under FEIN# 046002284 have not engaged in multiple acts of sedition with the knowing intent to undermine the supreme Law of the land and believes that none exist;

25. That DMR has not seen or been presented with any material fact or admissible evidence that this declaration **upon presentment** does not serve as formal notice to any agent, employee or officer of any corporate federally driven entity doing business under a FEIN that **DMR is not an enemy or ally of an enemy as those terms are defined under the TWEA as amended, further has never engaged in any rebellion or insurrection** and that it is a felony for said agent, employee or officer of any corporate federally driven entity doing business under a FEIN to treat DMR as such an enemy or ally of an enemy under the thrust of TWEA and believes that none exist; nunc pro tunc;

26. That DMR has not seen or been presented with any material fact or admissible evidence that this act and Declaration will not set the conditions precedent under the rules of special pleading in all cases in controversy insofar as the status of DMR is concerned pursuant to FSIA, and believes that none exist;

May 8, 2007                                                                                          MEMORANDUM OF RECORD

27.   That DMR has not seen or been presented with any material fact or admissible evidence that the picture affixed as **Exhibit "A"*** to this Declaration is not the true and correct image of DMR herein, the bonded Certified and Thumb Seal attached below are not evidence of the sovereign capacity of DMR, and believes that none exist;

28.   That DMR has not seen or been presented with any material fact or admissible evidence that the witnesses hereto that affix their lawful seal did not have first hand knowledge of the facts contained in this instrument and know that the DMR is of good moral character, and believes that none exist;

29.   That DMR has not seen or been presented with any material fact or admissible evidence that this declaration is not made under and pursuant to International Law and the Law of Nations, as vouchsafed under the Law of the Declaration penned by Thomas Jefferson without prejudice to any rights, and believes that none exist;

30.   That DMR has not seen or been presented with any material fact or admissible evidence that DMR is not entitled to invoke the provisional remedy provided under FSIA and TWEA at Title 50 U.S.C. App. §§ 1-6, 7-39, 41-44 pursuant to section 7(e) and 16 in the form of a Petition for Abatement of any commercial claims by agents, officers or employees of "SOM" or U.S. doing business under a FEIN pursuant to the TWEA after ten days from receipt of this draft unrebutted, and believes that none exist;

31.   That DMR has not seen or been presented with any material fact or admissible evidence that DMR was notified of, or that DMR was offered a choice, same required by law under full disclosure precepts, the right to know, as to the political jurisdictions available to DMR, and that non-disclosure was and is designed, actually intended for purpose of placing DMR in servitude to the United States as human capital, as assumed chattel property whereby servitude is perfected as intended and DMR believes these matters are of record proved by acts of or on behalf of the UNITED STATES, its agents, instrumentalities, political or commercial jurisdictions, and DMR believes none exist;

32.   That DMR has not seen or been presented with any material fact or admissible evidence that DMR pledged, donated or has been given any legal title to any implied, resulting charitable or other trust administered by the UNITED STATES, its political or commercial subdivisions, agents or instrumentalities, and there is no consent document authorizing application of legal personality against DMR by anyone or thing what so ever, and DMR believes none exist;

33.   **Therefore**, under the material facts and evidence in hand of DMR it is conclusive due to the source of said material facts and competent evidence, each from sources of unimpeachable integrity, that DMR is due, owed and now demands remedy under Title 50 U.S.C. App. §§ 1-6, 7-39, 41-44 pursuant to Section 7e, and 16 in the form of absolute abatement of any commercial claim by agents, officers assigns, employers, servants or attorneys of "SOM" and the U.S. doing business under a FEIN pursuant to TWEA and DMR now requires same to be processed with due notification to DMR at the above location, and DMR believes DMR is held to an involuntary servitude absent said Abatement;

<u>May 8, 2007</u>                                                                                          <u>MEMORANDUM OF RECORD</u>

## CONTRIBUTING BENEFICIARY FINDING OF FACTS

34. Diane-Marie: of the family of Reynolds, a self recognized sentient woman on the land of Massachusetts in full capacity to contract, knowing of no delimitation of such capacity do state the following is of first hand knowledge, or belief as stated, first true, correct, and not intended to mislead, duly affirmed before My Creator as notice of open general knowledge, in accord with the HAGUE, GENEVA CONVENTIONS as administered under 28 of U.S.C. § 1746 and enforced under FM27-10 and other posit international laws;

35. I, Diane-Marie: have recently discovered that I have been a Contributing Beneficiary to the United States Federal Corporation through its constructed entity, a corporation entitled DIANE MARIE REYNOLDS which carries certain identifiers and agreements with the commercial for profit Federal corporation. This new information has been obtained, through due diligence, from sources of integrity, the open, general, notorious statements issued for reliance by the United States, its instrumentalities, and agents, which promise discharge of duties on certified claims. Notice of obligations is duly accepted as and for value owed by The United States, its instrumentalities and agents. The corporation DIANE MARIE REYNOLDS as administered by the Federal Corporation United States, by its agents resulted in a trust relationship on the acts of the administrators attaching Me the woman through its entity. My labor, a private property, has been taken as value, a fungible, to support the operations of The Federal Corporation in it's for profit business operations within its private trade zones. This transfer thru the corporation entity DIANE MARIE REYNOLDS is to be returned as value in the form of discharge on duties or liabilities owed under the assumed, never disclosed contract between franchisor The United States and its constructed entity. The discharge owed by each and every agent or instrumentality operating under Federal Employee Identification Number is Callable by Me due to the fact of prior contributions taken. It matters not whether the contributions were voluntary under full disclosure, or involuntary acts. The fact is they were accepted which then creates the obligation on the acceptor to reimburse on demand, inclusive of all agents and instrumentalities administrative acts;

36. Diane-Marie: is the sole exclusive owner of any and all equity of DIANE MARIE REYNOLDS, #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, and never gave permission for any agent or instrumentalities in the employ or control to access DIANE MARIE REYNOLDS, # 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 accounts secured as property to Contributing Beneficiary which is proved by open, notorious, acts or record;

37. Various agents, instrumentalities have or are about to write or have written fraudulent bonds, claimed value, on the private exemption of the Contributing Beneficiary Diane-Marie: through the construct account identified DIANE MARIE REYNOLDS, # 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;

38. Various agents and instrumentalities have unlawfully trespassed, a breach of peace, public, private, and international, through their misidentification of Diane-Marie: holding the woman on the land to a jurisdiction, or a contract, trust or assumed surety without disclosing the basis of or for their acts, working an involuntary servitude, peonage, and slavery upon the

May 8, 2007                                                                    MEMORANDUM OF RECORD

biological property, the valued labor, of Diane-Marie: the Contributing Beneficiary to each and every of their claimed, yet never disclosed or proven, powers;

39. Various agents and instrumentalities have never placed any value into account DIANE MARIE REYNOLDS, # 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, nor when called upon to return value, a fungible in the form of performance to provide access to law, equity in the form of due and adequate administration of justice, they refused willfully and knowingly to provide, even when called to perform and provided adequate notice of standards, custom and practice of public policy, the benefits due and owed;

40. **Wherefore,** be it **ORDERED** on Contributing Beneficiary's signature below, same taken prior as value, a fungible, value is to be returned to Payment Orders issued under entitlement documents for performance as offered generally by any FEIN number holder. Title to Contributing Beneficiary's property never transferred and shall be returned as ordered.

### CAVEAT

If there is anything in this document with which you disagree, then rebut or refute, with particularity, that with which you disagree in writing, to the Notary Acceptor within the prescribed 30 days of your receipt of this document, and support your disagreement with fact, evidenced and Constitutionally based law or case law. Your failure to response, as stipulated, is your agreement with and admission to the fact that everything in this document is true, correct, legal, lawful, and your irrevocable admission attesting to this, fully binding upon you (**NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL**) in any court in America, without your protest, objection, or that of those who represent you.

### DISCLAIMER

The quotation of the privately copyrighted statutory legislatively created case law and state and federal statutes pursuant to PL 88-244, December 30, 1963, is done without intent to create a "use" or violate any private copyright, and stands so unless lawfully protested by any concerned party(ies).

I declare under the penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country, the Laws of the Untied States of America and the Law of Nations, acting with sincere intent in Sovereign capacity, unlimited liability, and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and the DMR executes this draft in accordance with DMR's best knowledge and understanding without dishonor, without recourse; with All rights reserved on this ___8TH___ day of May, in the year of the Lord and Savior, 2007, sans prejudice, P.L. 97-280.

*Diane-Marie: Reynolds* (signature)
Diane-Marie: Reynolds

May 8, 2007                                                                          MEMORANDUM OF RECORD



*Diane-Marie: Reynolds*

    That the undersigned under penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country and the Untied States of America, who affixes his/her lawful seal as a witness that the foregoing is true and correct on this _8TH_ of May, in the year of our Lord 2007 A.D., without prejudice.

_David Kiah_ _____ Witness

    That the undersigned under penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country and the Untied States of America, who affixes his/her lawful seal as a witness that the foregoing is true and correct on this _8TH_ of May, in the year of our Lord 2007 A.D., without prejudice.

_James L_____ _____ Witness

May 8, 2007                                                      MEMORANDUM OF RECORD

    That the undersigned under penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country and the Untied States of America, who affixes his/her lawful seal as a witness that the foregoing is true and correct on this __9TH__ of May, in the year of our Lord 2007 A.D., without prejudice.

_____ Witness

**Exhibit "B"**

    Exhibit attached hereby as fully incorporated herewith is admissible evidence, proof of standing and capacity, duly and lawfully fully incorporated upon public and private records, a formal notice to any agent, assign, employee, officer, servant or attorney of any corporate federally driven entity doing business under an FIEN.

    a.)    Testamentary Affidavit;
    b.)    ~~Silver Bond~~;

**Whereby** non Domestic notice invokes protection owned under personal free will pledge executed with surety, each agent, assign, employee, officer, servant or attorney pledges his/her bond for DMR's liberty, life and property; nunc pro tunc.

*__Notice:__ Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic or municipal jurisdiction or public venue.*

**COUNTY OF PLYMOUTH**    )
                                         )    **JURAT**
**STATE OF MASSACHUSETTS**   )

    *Before me the undersigned a Notary Public acting in and for the* County of Plymouth County and State of Massachusetts on this __8__ day of May, 2007, the above named woman personally appeared and known to me to be the identical woman, and said men/women acknowledged that they signed this instrument and acknowledged that they signed this instrument and acknowledged it to be their free and voluntary act and deed for the uses and purposes mentioned in the instrument.

*Given under my hand and seal this __8__ day of May, in the year of our Lord 2007, A.D.*

_____
Notary

__Kevin Mahoney__
Printed Notary name
My commission expires __9/24/2010__




May 8, 2007                                                          MEMORANDUM OF RECORD
_____                                                            _____

1. FEIN # for the STATE OF MASSACHUSETTS – "SOM"
2. FTZA – 48 Stat. 73rd Congress II Session Chapter 590, Pg 998 – June 18, 1934
3. FTZA – Added Stats. 1935 Chapter 505, page 1576
4. TWEA – 48 Stat. 73rd Congress I Session Chapter 1, Title 1, Pg 1 – March 9, 1933.