When recorded return to:

Diane-Marie: Reynolds
c/o 4 Alberta Lane
Lakeville [02347]
Massachusetts Non Domestic

Date: May 8, 2007



## NON-NEGOTIABLE

## CERTICIATE OF BAILMENT

County of Plymouth         )
                           )   ss.
State of Massachusetts     )
Land of America            )

Diane-Marie: Reynolds – NON-NEGOTIABLE
In the capacity as a natural woman, a self-realized entity, and American, Native by blood, birth and descent.

TO WHOM IT MAY CONCERN:

I, Diane-Marie: Reynolds, a natural woman an American Native, by blood, birth and descent, being born upon the soil of Plymouth County, of and in the land known as America [Merika], do declare and proclaim that I am a self-realized entity, a sovereign living woman of original plenary estate granted by a Creator, therewith being unimpaired by any entreaty, assertion, or claim of any nature or scope duly noticed and disclosed.

The plenary capacity[ies] of Diane-Marie: Reynolds, unalienable (un-a-lien-able), the original security, endowed and conveyed by My Creator's Jus Naturale conclusively confers unimpeachable originals Trustee's estate empowerments by and through the free-will acceptance and private plenary contract of conscience that Diane-Marie: Reynolds, petitory and possessory in perpetuity, hold and controls absolute, unimpaired authentic original plenary authority commanding ALL principles, elements, and facits, intrinsic or

extrinsic, of My existence administering and effectuating same in any forum or interface of any nature or kind with any entity whatsoever.

**CAPITAL ASSETS,** personal private plenary free-will, the absolute dominion represented in and by life, liberty, properties, tangible and intangible, corporeal and incorporeal, secured, possessed by Diane-Marie: Reynolds are hereby and herewith subjected to delimited conveyance free of impairment, lien, or cloud to the state of the forum. Said conveyance, a BAILMENT, duly deposited pursuant to contract specific in scope, nature and powers as operated in Trust for the exclusive express benefit, use, special objects and purposes, reserved, secured, guaranteed, by bailor, or agents thereof, be they natural men, fictitious men, artificial persons, pursuant to Oath, bond, contract for secured creditor Diane-Marie: Reynolds' absolute benefit of bargain.

The deposit of capital bailment of Diane-Marie: Reynolds is correspondent in corpus, pooled, with that of other cognizable equal capacity entities, possessing corresponding parallel capacity[ies] to those so declared by Diane-Marie: Reynolds, the joint and several plenary delimited deposit of capital bailment empowering the construction of an artificial person, entity, effectuating a forum state, a government, by contract, a trust in the nature of a constitution, therewith and thereby erecting the corpus known and notoriously published as the State of Massachusetts under certificate (date established).

Diane-Marie: Reynolds, in any capacity whatsoever, a hereditary joint and several reminderman, creating and composing by intent and will, has constructed the republican forum[s], political jurisdiction[s], as fiduciary agent[s], administering, maintaining, transacting, and overseeing by and through delimiting contract[s] the state of the forum for the unmistakable, irrefragable, conclusively presumptive protection of the life [lives], liberty[ies], and property[ies] of the past, present, and future. Deposit[ors] of capital bailments. Diane-Marie: Reynolds intrinsically having ordained and accepted the capacity of the ultimate unlimited Creditor, the Bailor, the Grantor, a Beneficiary, a Trustee, a Holder-In-Due-Course, and a Sovereign of the constructs, the artificial persons known as, operating as, doing business as, governments of any nature, kind or scope. The delimited conveyed empowerments of the duly held capital, in bailment, et seq, said conveyance and deposit accepted as value and for value, same mine pro tune, as of (date state constitution established), by the State of Massachusetts as assets for the production, implementation, operation, conduct, marshaled under corporate services provided by government in agency to the people. Enfranchised and joindered by Bailor[s], joint and several, by natural assent pursuant to good faith dealing said capital bailment conveyed by and through the State of Massachusetts, a Bailee, and the compounding members of the compact Union o Republican States, bailors and bailees, to 'The United States of America', a fictional construct and Bailee, each receiving party to said conveyance, et al and et seq, accepting as value and for value full faith and credit, said conveyance[s] and subrogation[s] of the capital bailment for the delimited administration of said federal construct. Conveyed empowerment[s] is/are intended solely for the protection[s] of the body polity authorizing and delimiting same by the primordial constructive, grantor's, executory, ministerial, public, revocable, trust, the Constitution for the United States of

America, 1791 as amended, and its progeny, in the nature of law, the terms of the contract, and Officers and agency, the vessels and animation of said contract styled the United States in agency Government of the United States.

I, Diane-Marie: Reynolds, accept as Value arid for value the Original State of Jurisdiction as a constructed fiction of law, an artificial person (entity or corpus) endowed and empowered upon the foundational principle of good faith dealing delimited by the cognizable revocable contract, ante, administered by ministerial agent animators, natural men, under contract effectuated by duly presented, duly accepted, and as documented duly sworn 'oath[es] of Office' accepting as value and for value the plenary obligation[s], capacity[ies] and consideration as voluntary commercial indentures, the mandated 'oath[es] of Office' a condition precedent and conditional covenant thereby and therewith asseverating and assenting to the capacity[ies] of the ultimate unlimited Creditor, the Bailor, the Grantor, a Beneficiary, a Trustee, a Holder-In-Due-Course, and a Sovereign of said primordial contract[s] and construct[ed] 'GOVERNMENT[S]', reserving therewith the absolute petitory right and possessory interest pursuant to the Jus Naturale and international Law of Nations and to revocation and recovery of the bailment[s], et al, and mesne profit[s], inclusive or ALL empowerment, assets and reminderments of any nature, and any other compounding and accumulating attachments and engagements to said capital bailment lawfully accountable, or in the alternative, unlawfully and illegally wasted, impaired, subjected to conversion, embezzlement, misappropriation, malfeasance, nonfeasance, misfeasance, or abuse of bailment, et al and et seq, in whatever manifested form or scope, determination thereof ultimately the Sovereign's sole prerogative, that of the Bailor and ultimate unlimited Creditor, the undersigned sovereign woman and hereditary reminderman.

Certified: _____
Diane-Marie: Reynolds

In the capacity as a Creditor, Bailor, Grantor, Trustee, and Beneficiary, of the Original Jurisdiction, a Beneficiary of [GOVERNMENTS], et al, a Sovereign woman and American Native.

IN WITNESS (Common Law Petit Jury, Elisors);

L.s. _____
[Witness] 1-repeated & restated

L.s. _____
[Witness] 1-repeated & restated

L.s. _____
[Witness] 1-repeated & restated