Date: May 8, 2007
Do not write above this line. This space provided for filing/recording purposes only.



## TESTAMENTARY DOCUMENT

Prepared in accordance for use under authority of and in accordance with the "Convention de la Haye, 5, Octobre, 1961," and for evidentiary purposes, Federal and State, under the authority of and in accordance wit the Rules of Evidence, Rule 902, to establish "Self-authenticating evidence under Seal."

| | | |
|---|---|---|
| On the soil- Massachusetts | § | |
| | § | AFFIDAVIT |
| On the soil, Plymouth County | § | |

To whom these Presents should come: Greetings!

Affidavit of Truth

I, Undersigned Affiant, a self realized woman in agency to the ALMIGHTY CREATOR, by our Declaration of fact herein, duly sworn true, correct, complete, certain not meant to mislead, of firsthand knowledge as declared under pains and penalties of perjury state that the following are authentic, rational condition of occurrence, to wit:

1.  Any and all of my acts or omissions that may have caused the municipal corporation of the District of Columbia, its agents or instrumentalities to assume trust relationship, or any other legal relationships where in presumption causes said municipal corporation to act as trustee to our res as subject to its jurisdiction were founded upon municipal the District of Columbia statements; and,

2. Affiant was lead to believe that the municipal corporation the District of Columbia was in fact in law, and in deed the very same entity as The United States of America a Republic; and,

3. Affiant was lead to believe that only entities recognized as Nations by International Law, Law of Nations, hold recognized powers, authorities, right to issue and distribute statements of citizenship or alternatively to grant privileges equivalent to same, for those within a Nation's jurisdiction as founded upon the general open knowledge promulgated and placed in the open forum as fact, pursuant to said Nation's foundational charter as recognized by International Law, Law of Nations; and,

4. Said belief was and is in fact supported by the municipal corporation of the District of Columbia, private contract law of trust act, the issuing of documents in the name of the Republic, The United States of America; and,

5. Said belief that the Republic offered Affiant all in law legal protections required by original charter for the United States is constructed as the local administrator for the powers granted via 1787 charter as Amended 1791 is founded upon open public statements issued under authority of the municipal corporation was and is bound to provide, as always, the legal protections of in law jurisdiction administered under federal power of the Republics; and,

6. Affiant, relying on the truth and accuracy of statements issued by agents or instrumentalities of the United States believed that each officer owing allegiance to The United States of America was and are in fact bound absolutely to give full faith and support to the following:

A) set forth the original charter granted on the third day of November, 1621, by King James the First, to the council at Plymonth, for planting, ruling, ordering and governing New England, in America, describing the limits and boundaries of the territory so granted. The grant or conveyance to the council at Plymouth, of the 19th of March, 1628, to Sir Henry Rosewell and others, of a certain tract of land described in the same, as 'all that part of *New England, in America, aforesaid, which lies and extends between a great river there, commonly called Monomack, alias Merrimac, and a certain other river, there called Charles river, being in the bottom of a certain bay, there commonly called Massachusetts, alias Mattachusetts, alias Massatusetts, bay; and, also, all and [37 U.S. 657, 660] singular those lands and hereditaments, whatsoever, lying within the space of three English miles on the south part of the said Charles river, or of any or every part thereof: and, also, all and singular the lands and hereditaments, whatsoever, lying and being within the space of three English miles to the southward of the southernmost part of the said bay, called Massachusetts, alias Mattachusetts, alias Massatusetts bay; and, also, all those lands and hereditaments, whatsoever, which lie and be within the space of three English miles to the northward of the said river, called Monomack, alias Merrimac, or to the northward of any and every part thereof, and all lands and hereditaments, whatsoever, lying within the limits aforesaid, north and south in latitude and breadth, and in length and longitude of and within all the breadth aforesaid, throughout the main lands there, from the Atlantic and western sea and ocean on the east part, to the South sea on the west part.*' "Indeed, it may be further, for the sake of the argument, conceded that, where there are rights created by congress, during the existence of a territory which are of such a nature as to imply their

perpetuity, and the consequent purpose of congress to continue them in the state, after its admission, such continuation will, as a matter of construction, be upheld, although the enabling act does expressly so direct." Cf. Ward vs. Race Horse, 163 U.S. 504 (1896); and,

> B) The Northwest Ordinance, 1 Stat. 51, July 13, 1787; It is hereby ordained and declared by the authority aforesaid, that the following articles shall be considered as articles of compact between the original states and the people and States in the said territory and forever remain unalterable, unless by common consent, to wit:
>
> Article I. No person, demeaning himself in a peaceful and orderly manner, shall ever be molested on account of his mode of worship or religious sentiments, in the said territory.
>
> Article II. The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without the States which may be formed therein, shall forever remain a part of this Confederacy of The United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United State in Congress assembled, conformable thereto...
>
> C) The legislatures of those districts or new State, shall never interfere with the primary disposal of the soil [**jus utendi et abutendi**] by the United State in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers...; to include the Declaration of Independence of 1776, that subsequently established the custom, usage and tradition, as well as the judicial precedents for" "Political sovereignty." The Supreme Court in the case of Wills v. Michigan State Police, 105 L. Ed. 2d 45 (1989) made it perfectly clear that {I} the Sovereign, cannot be named in any statute as merely a "person", or "any person". The undersigned is a member of said "sovereignty" as defined in Yick Wo vs. Hopkins, 118 U.S. 356; and the **Dred Scott** case, 60 U.S. 393; "...While sovereign powers are delegated to the agencies of government, sovereignty itself remains with the People, by whom and for whom all government exists and acts." Yick Wo vs. Hopkins and Woo Lee vs. Hopkins, 118 U.S. 356; "Under our system the people, who were there (in England) called subjects are here the Sovereign...their rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of a monarch. The citizen here (in America knows no person, however in years to those in

power, or however powerful himself to whom he need yield the rights which the law secures to him..." United States vs. Lee, 106 U.S. 196 at 208; "Here (in America) sovereignty rests with 'The words "People of the United State: and "Citizens" are synonymous terms, and mean the same thing. They both describe the political body that, according to our Republican institutions "Sovereign people", and every citizen is one of these people and a constituent number of the sovereignty..."" Wong Kim Ark. P. 914, quoting Dred Scott vs. Sanford, 60 U.S. 393, 19 How 577; "It is true that at (English) common-law the duty of the Attorney General was to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing the people, King, so the Attorney General's duties are to that Sovereign rather than to the machinery of government." Hancock vs. Carry Alcron Mining Co., Inc., Ky., 503 S.W. 2d 710 Kentucky Constitution section 4, Commonwealth Ex Rel.; Hancock vs. Paxton Kentucky. 516 S.W. 2d page 867 (2) clause 3; "People of a State are entitled to all rights which formerly belonged to the king by his prerogative." Lansing vs. Smith (1829) 4 Wend. 9, 20; "In the United States the people are sovereign and the government cannot sever its relationship to the people by taking away their American Citizenship." Afroyim vs. Rusk, 387 U.S. 253 (1967); "The law ascribes to the king (in America, the people) the attribute of sovereignty; he is sovereign and independent within his own Dominion; and knows no kind of subjection to any "other potentate upon earth. Hence it is, that no suit or action can be brought against the king, even in civil matters, because no court can have jurisdiction over him; for all jurisdiction implies supremacy of power." Chisholm vs. Georgia 2 Ball. 419, 458; "The people or the Sovereign are not bound by general words in statutes, restrictive or prerogative right, title or interest, unless expressly named. Act of limitation do not bind at the King or the People. The people have been ceded all the right of the King, the former Sovereign...It is a maxim of the common law that when an act of parliament is made for the public good, the advancement of religion and Justice, and to prevent injury and wrong, the King shall be bound by such an act, though not be divested or taken from the King (or the people) in such case he shall not be bound, "the People vs. Herkimer, 16 American Decision 379, 4 Cowen (NY Lexis 80) 345), 348 (February 1835); "Since in common usage, the term 'person' does not include a Sovereign, statutes not implying the phrases are ordinarily construed to exclude it." 1 U.S.C. 1, n 12, United States vs. Fox 94 U.S. 315; "In Europe, the executive is synonymous with the Sovereign power of the state...Where it is too commonly acquired by force or fraud, or both...In America however the case is widely different. Our government is founded upon compact." Sovereignty was and is, in the people. Glass vs. The Sloop Betsy 3 Dall 6 (Dallas, U.S. Supreme Court Reporter); "Sovereignty itself is, of course, not subject to law for it is the author and source of law." Yick vs. Hopkins and Woo Lee vs. Hopkins 118 U.S. 356; "There is no such thing as a power of inherent sovereignty in the government of the United States. In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their constitutions entrusted to it: All else is withheld." Julliard vs. Greenman, 110 U.S. 41; "Under our form of government, the Legislature is not supreme. It is only one of the organs of that absolute sovereignty which resides in the whole body of the people; like other bodies of the government, it can only exercise such powers as has been delegated to it, and when it steps beyond that boundary, its acts...Are utterly void." Billings vs. Hall, 7 CA 1 (Court of Appeals, U.S.).

7. This Affiant accepts that above as pre existing conditions, an obligation absolutely binding on the original organic Republic which is carried over to all entities constructed to act for and in place of the Republic, which is in fact and deed represented in the forums currently administering said original powers, same being disclosed by the administrations, own statements, either directly or via agent or instrumentality; and,

8. When the municipal corporation the United States, refused and is at present refusing to perform specifically under its own by laws, the subject matter upon which the inducement is condition precedent, the affiant as any reasonable man, performed extreme diligence, extensive research into the legal relationship between affiant and the municipal corporation the District of Columbia, its agents and instrumentalities, who masqueraded as the Republic; and,

9. Affiant found, the inducement offered by the private contract law, a resulting trust the municipal corporation, the District of Columbia under its operations franchise the United States was and is a maritime venture and District of Columbia knew and knows its absolute obligation to act in good faith at all times and to fully disclose all material/relevant facts that could affect the legal relationship between affiant, the man, and the offering entity; and,

10. Affiant found the acts and/or omissions of the offerer, the municipal corporation, the District of Columbia apparently designed to misrepresent the true nature of the agreement offered, which caused Affiant, to be deceptively induced to participate in a scheme in which Affiant became a surety to and for the artificial person LEO LOUIS DUBOIS, JR., as to do business exclusively through and with the municipal corporation, the United States; thereby, Affiant was and is reduced to standing of subject to and act as surety for the debts of said municipal corporation; and construction of the alter ego, eo nominee an artificial person an idem sonans of the man, Leo-Louis, Jr., surnamed dubois, and LEO LOUIS DUBOIS, JR., are one and the same, in the eyes of the municipal corporation and its agents, when the actual legal relationship is that of resulting trust, where in the man becomes surety to and for a maritime venture, the District of Columbia, its agents and instrumentalities; and, under said municipal corporation charter; any challenge by assumed surety for the debts of said corporation is banned which in effect results in nonconsensual servitude to said corporate entity via private contract law of trust as of yet not fully disclosed; and,

11. Affiant found the proofs, the facts, the law proving that the assumed private contract trust relationship between Affiant and said municipal corporation is that of "a resulting trust in which Affiant is presumed to be property under equitable claim established by said trust in which Affiant or his alter ego, the res, LEO LOUIS DUBOIS, JR. , hold no powers, is subject absolute to said trust; and,

12. Affiant found; that the school system federally funded, presented as fact that the municipal corporation, The District of Columbia is in fact the Republic; that the general social order promoted by the municipal corporation through its licensed agents of media, unions, employees, etc., is designed to induce belief that construction of the later ego, eo nominee an artificial person an idem sonans of the man, Leo-Louis: surnamed dubois, and LEO LOUIS

DUBOIS, JR., are one and the same in the eyes of the municipal corporation and its agents when the actual legal relationship is that of resulting trust; and,

13. Affiant found that the Law of Nations and Law of Commerce, each and all binding by law upon District of Columbia require full disclosure, of all relevant material facts that could affect the legal relationship constructed between Affiant and the municipal corporation, The District of Columbia and that failure to do so is good cause of either party to withdraw from any agreement; and,

14. Affiant discovered that the municipal corporation, This District of Columbia via private contract law of trust assumes that Affiant is property of said municipal corporation, a subject, without original organic recourse, to the legislative private trust constructed under the corporate title United States citizen, same being disguised by the color of law yet nonetheless having legal effect by operation of laws enforced by the municipal corporation, its agents and instrumentalities as if they held property ownership, of the Affiant, an involuntary servitude; and,

15. The abuse of law and legal process camouflaged as Judicial power when in fact it is merely judicial function, which now causes Affiant's restraint from liberty is in fact and in law void for breach of contract in the forum of Law of Nations which results in Affiant being nothing more than a slave to the municipal corporation, The District of Columbia for its private gain and benefit and for future to perform under offer, a conversion wherein Affiant was and is an unwilling party due to pre existing conditions, obligation, absolute, owed to the Almighty Creator which has barred peonage, servitude of any kind whatsoever; and,

16. **Wherefore:** The promises as declared above being true, will stand as ultimate fact absent counter, reputation, rebuttal, contradiction, disproving under verified, instruments proving in fact and in law that Affiant knew he was entering voluntary servitude; knew Affiant was waiving all in law protections afforded by Judicial power under the Republic; knew the resulting trust Affiant assumed by entering transactions with the municipal corporation, District of Columbia its agent and instrumentalities was intended to place status of peonage upon Affiant; knew Affiant would be barred from seeking redress of grievance in original organic Judicial Power.

I declare under the penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country, the Laws of the United States of America and the Law of Nations, acting with sincere intent in Sovereign capacity, unlimited liability, and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Leo-Louis: DuBois, Jr. executes this draft in accordance with Leo-Louis: DuBois, Jr.'s best knowledge and understanding without dishonor, without recourse; with All rights reserved on this __8th__ day of __MAY__, in the year of our Lord and Savior, 2007, sans prejudice. P.L. 97-280.

Leo-Louis: DuBois, Jr.

That the undersigned under penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country and the United States of America, who affixes his/her lawful seal as a witness that the foregoing is true and correct on this __6TH__ of __MAY__, in the year of our Lord 2007 A.D., without prejudice.

_Theodore Hammond_ Witness

That the undersigned under penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country and the United States of America, who affixes his/her lawful seal as a witness that the foregoing is true and correct on this __8TH__ of __MAY__, in the year of our Lord 2007 A.D., without prejudice.

_James W. _____ Witness

That the undersigned under penalty of bearing false witness before God and Men as recognized under the laws in and for Massachusetts country and the United States of America, who affixes his/her lawful seal as a witness that the foregoing is true and correct on this __8TH__ of __MAY__, in the year of our Lord 2007 A.D., without prejudice.

_David Kiah_ Witness

***Notice:*** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic or municipal jurisdiction or public venue.*

| | |
|---|---|
| **COUNTY OF ANY COUNTY**    ) | |
|    )   | **JURAT** |
| **STATE OF ANY STATE**    ) | |

*Before me the undersigned a Notary Public acting in and for the* County of Any County and State of Any State on this __8__ day of __May__, 2007, the above named woman personally appeared and known to me to be the identical woman, and said men/women acknowledged that they signed this instrument and acknowledged that they signed this instrument and acknowledged it to be their free and voluntary act and deed for the uses and purposes mentioned in the instrument.

*Given under my hand and seal this* __8__ *day of* __May__ *, in the year of our Lord 2007, A.D.*

_____
Notary

__Kevin Mahoney__
Printed Notary name
My commission expires __9/24/2010__