When recorded Return to:
Barry-Arnold: Reynolds
c/o 4 Alberta Lane
Lakeville [02347], Massachusetts

*04mc 10190*

Date: May 15, 2007 _____          MEMORANDUM OF RECORD



# TESTAMENTARY AFFIDAVIT

This Testamentary Affidavit is prepared in accordance for use under the authority of and in accordance with the "Convention de. la hay, 5 Octobre, 1961," and for evidentiary purposes, Federal and State under the authority of and in accordance with the Rules of Evidence, Rule 902, to establish "Self-authenticating evidence under Seal".

On the soil of Plymouth County    §
                                   §
On the soil of Massachusetts        §

**To whom these presents shall come, Greeting!**

The undersigned, Affiant, sui juris, heretofore having properly identified Himself to be a native born Natural American Citizen, jus soli, bearing true faith and allegiance thereto; a sovereign elector inhabitating Massachusetts, enjoying the, "right of soil," "right of property," "right of preemption," "right of exemption," and all other Rights Unalienable, as publicly published and thus, declared nunc pro tunc, and by virtue of the appertaining thereto, to wit.

I specifically deny that I have granted, donated or given any legal title to any purported, implied resulting, charitable or other trust administered by the UNITED STATES, the UNITED STATES OF AMERICA, or the COMMONWEATLH/STATE OF MASSACHUSETTS. I further specifically deny that I have ever had or have any intent to create a cestue que trust, whereby Barry-Arnold, surname reynolds is settlor, donor, or grantor of any res to which a trust wherein BARRY ARNOLD REYNOLDS is a beneficiary having a territorial relationship with UNITED STATES, UNITED STATES OF AMERICA, or COMMONWEATLH/STATE OF MASSACHUSETTS.

I specially deny that there is any law that can compel me to accept liabilities imposed by the compelled use of a legal personality.

Whereupon, I, Barry-Arnold, surnamed reynolds, juris et de jure, state and declare that the foregoing is entirely true, correct, certain, and complete, not interposed to cause delay, and that, without mental reservation or hesitation, coercion, or fortiori, I have voluntarily appeared before a Notary Public and have ascribed my lawful signature hereto, appearing herein below, under pain and penalty of, "Thou shall not bear false witness", so help me God, the violation of which is far more severe, than any punishment to be inflicted by man, ahm-now, aha-man.

Further Affiant saith naught.

Dated this _15ᵀᴴ_ of _MAY_, 2007, C.E.

Barry-Arnold, surnamed reynolds,
sui juris, In care of 4 Alberta Lane,
Lakeville, [02347], Massachusetts

Subscribed and Affirmed to, before me, a Notary Public in and for Plymouth County, the State of Massachusetts, the above signator having personally appeared before me this _____ day of _15ᵀᴴ_, 2007 C.E., and having identified himself to be one and the same, and after having reiterated the declaration above set out, ascribed his signature above.

Notary Public

Madison Andrew Smith          Sept. 24, 2012
Notary Public (Printed Name)          My Commission Expires

Date: May 15, 2007
---
Do not write above this line.  This space provided for filing/ recording purposes only.

Prepared in accordance for use under authority of and in accordance with the
"Convention de La Haye du 5 Octobre 1961," and for evidentiary purposes,
Federal and State, under the authority of and in accordance with the Rules of
Evidence, Rule 902, to establish "Self-authenticating evidence under Seal."



---

On the soil – Massachusetts        §
                                   §    ss.
On the soil –Plymouth County       §

### Statement Declaring Correction of Mistakes
*Nunc pro tunc*, May 25, 1959, C.E.

Undersigned, Affiant, *sui juris*, a man, self realized, under exclusive, pre existing
agency *nunc pro tunc*, May 25,, 1959, C.E., in, to and of the ALMIGHTY CREATOR,
state and declare this Statement Declaring verifiable rendition of occurrence, intended
to prevent misrepresentation of law or legal rights, to wit:

[1]    Affiant admits to mistakes in the legal relationships assumed to be established
between Affiant and the municipal corporation, District of Columbia, its agents and
instrumentalities, same being unintended by Affiant, arising from misplaced confidence
placed in either the governments of the Fifty (50) States, compact parties to the Union
comprising the United States of America, or to the Federal State, same due to erroneous
conviction of law induced by deception whereby District of Columbia its agents and
instrumentalities did make material representations that were knowingly false, same
intended to deceive Affiant into acting under said inducements; and, thereby Affiant
suffered injury caused by assumption that Affiant knowingly authorized construction of

an artificial person, an *idem sonan*, entitled BARRY ARNOLD REYNOLDS, when in fact, by operation of undisclosed law Affiant was placed in legal relation which assumed Affiant is surety under private contract law, a resulting or dry trust, exclusively a transmitter of utility for the exclusive benefit of the District of Columbia, and also exclusively defined as a United States citizen, a subject to … and of District of Columbia private law and, District of Columbia its agents and instrumentalities particularly United States being the only party intentionally constructing the organization, BARRY ARNOLD REYNOLDS identifier _____ which effectively altered the political status of Affiant from a Free Inhabitant, American, native of soil, to that of a servant, a single source supplier to the municipal corporation, District of Columbia; and,

[2]    Whereby, in order to clarify the legal relationship assumed to establish equitable claims upon and against both the man, Barry-Arnold, surname reynolds and the *idem sonan*, artificial person, BARRY ARNOLD REYNOLDS, by the District of Columbia, its agents and instrumentalities as constructed by said municipal corporation under its private laws, trust of the Federal State, *cestui que trustent*, the following have been executed;

   a)    Declaration of Independence attached and incorporated herewith, Exhibit I;
   b)    Security Agreement, as referenced on UCC-1 Financing Statement, copy of which is attached as Exhibit II;
   c)    Other papers:
         1)  Testamentary document, same clarifying status.

[3]    In order to prevent a misrepresentation of law of legal rights, by any actors' conduct or trespass on the case[s], both Federal and State, or foreign and domestic, I further state and declare that I can no longer repose my confidence in either the current governments of the fifty (50) states, compact parties to the Union, comprising the United States of America, or to the Federal State, *cestui que trustent*, nor through or upon their *cestui que* use(s), administered by the Federal Corporation "United States," and its Congress, and consequently, state and declare that, notwithstanding that there are only Five (5) Common Law crimes enumerated against the United States, *et al*, in a Federal Territorial form, or such in a Federal Territorial capacity, Barry-Arnold, surnamed reynolds, cannot be named and made subject to any *causi debendi* statute, rule, order, proclamation, municipal law, implementing regulation, ordinance, etc., and especially under the Reconstruction Acts, or Revised Statutes of 1878, on account of High Crimes and Misdemeanors perpetrated against my individual sovereignty &c. violation of the separation of powers, Federal and State, neither as thus defined under Revised Statute Section 3140, 30 June 1864, c. 173, s. 182, v. 13, p. 306, and 27 Feb., 1877, c. 69, p. 248 "natural person," and according to the Dictionary Act, Act of Feb. 25, 1871, ch. 71, Section 2, 16 Stat. 431 *et. seq*. amended, 1 USC Section 1, "person," without authority of Law, nor under the pretended acts of all, local legislation since, by and through the States' or "incorporated territories," a breach occurring, compounding,

and accumulating to be remedied by invocation of **The Foreign Sovereign Immunities Act, [FISA] Public Law 94-583, (circa C.E. October 21, 1976), 90 Statute at Large 2892**, codified at 28 USC § 1602 Findings and declaration of purpose, enacted to offer to those in the **"unincorporated states,"** who are dissatisfied with "public policy," a statutory remedy to the Constitution under Article III, unimpaired, and providing Affiant's access to the Constitutional protection of the original organic Bill of Rights, runs directly through mandate of the FSIA in every area in dealing with government, Federal, State, or local; codifying the era of **Swift v. Tyson**, 16 Peters 1 (1842-1938): and in **Erie Railroad Co. v. Tompkins**, 304 U.W. 64, 58 S. Ct. 817, 82 L. Ed. 1188 (1938), as conterminously affecting the Rule of Presumptions, Rules 301 and 302, with Evidence Rule 201 generally; and,

[4]     A common Law jury trial can now be demanded, in State court, on any statutory issue covered by the FSIA against Federal, State, or local government; acknowledging that Congress specifically stated that the FSIA must be interpreted by statutory remedy in an Article III court regardless of the citizenship of the plaintiff under international law outside of the realm of equity, and other public policy, further establishing an absolute waiver of sovereign immunity for all commercial activities of State and Federal Government; and,

[5]     I reserve the right to access Article III, raw judicial power for judicial determination of my Lawful status and capacity, to contract, unimpaired, and a judicial determination of my legal rights thereby, including prospective, mandamus and injunctive relief to prevent my damnification through libelous acts and conduct; and,

[6]     For all intents and purpose, during this interim, I am a "foreign state," and thus, a "separate legal person," as that term is defined at Pub. L. 94-583, Sec. 4(a), Oct. 21, 1976, 90 Stat. 2892 and codified at 28 United States Code Sections 1603 (a), and 1603 (b) (1), respectively; and,

[7]     **Whereas**, this Testamentary document, shall have the evidentiary effect of "self authenticating" evidence in accordance with Pub. L. 93-595, Sec. 1, Jan. 2, 1975, 88 Stat. 1944; Mar. 2, 1987, eff. Oct. 1, 1987; Apr. 25, 1988, eff. Nov. 1, 1988 as codified at Evidence Rule 90, 2(9) and (10).

[8]     The Undersigned, Affiant, *sui juris*, heretofore having identified Himself to be a native born natural American Citizen, *jus soli*, bearing true faith and allegiance thereto; enjoying the "right of soil," "right of property," "right of preemption," "right of exemption," from May 25, 1959 Common Era, carrying with me sovereign elector status of Massachusetts wherever I inhabit, with all other Rights Unalienable, as publicly published and declared, *nunc pro tunc*, and by virtue of authority of the original organic and Fundamental law appertaining thereto, to wit:

set forth the original charter granted on the third day of November, 1621, by King James the First, to the council at Plymonth, for planting, ruling, ordering and governing New England, in America, describing the limits and boundaries of the territory so granted. The grant or conveyance to the council at Plymouth, of the 19th of March, 1628, to Sir Henry Rosewell and others, of a certain tract of land described in the same, as 'all that part of *New England, in America, aforesaid, which lies and extends between a great river there, commonly called Monomack, alias Merrimac, and a certain other river, there called Charles river, being in the bottom of a certain bay, there commonly called Massachusetts, alias Mattachusetts, alias Massatusetts, bay; and, also, all and [37 U.S. 657, 660] singular those lands and hereditaments, whatsoever, lying within the space of three English miles on the south part of the said Charles river, or of any or every part thereof: and, also, all and singular the lands and hereditaments, whatsoever, lying and being within the space of three English miles to the southward of the southernmost part of the said bay, called Massachusetts, alias Mattachusetts, alias Massatusetts bay; and, also, all those lands and hereditaments, whatsoever, which lie and be within the space of three English miles to the northward of the said river, called Monomack, alias Merrimac, or to the northward of any and every part thereof, and all lands and hereditaments, whatsoever, lying within the limits aforesaid, north and south in latitude and breadth, and in length and longitude of and within all the breadth aforesaid, throughout the main lands there, from the Atlantic and western sea and ocean on the east part, to the South sea on the west part.'* "Indeed, it may be further, for the sake of the argument, conceded that, where there are rights created by congress, during the existence of a territory, which are of such a nature as to imply their perpetuity, and the consequent purpose of congress to continue them in the state, after its admission, such continuation will, as a matter of construction, be upheld, although the enabling act does not expressly so direct." cf. **Ward v. Race Horse**, 163 U.S. 504 (1896); and,

[9]     **Further**, in pertinent part: **The Northwest Ordinance, 1 Stat. 51, July 13, 1787**: It is hereby ordained and declared by the authority aforesaid, That the following articles shall be considered as articles of compact between the original States and the people and States in the said territory and forever remain Unalterable, unless by common consent, to wit:

**Article I.** No person, demeaning himself in a peaceable and orderly manner, shall ever be molested on account of his mode of worship or religious sentiments, in the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is

understood and declared that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide and without fraud, previously formed.

**Article IV.** The said territory, and the States which may be formed therein, still forever remain a part of this Confederacy of the United States of America, subject to the Articles of Confederation, and to such alterations therein as shall be constitutionally made; and to all the acts and ordinances of the United States in Congress assembled, conformable thereto.

The legislatures of those districts or new States, shall never interfere with the primary disposal of the soil [*jus utendi et abutendi*]by the United States in Congress assembled, nor with any regulations Congress may find necessary for securing the title in such soil to the bona fide purchasers...; to include the Declaration of Independence of 1776, that subsequently established the custom, usage and tradition, as well as the judicial precedents for "political sovereignty." The supreme Court in the case of **Wills vs. Michigan State Police,** 105 L. Ed. 2d 45 (1989) made it perfectly clear that (I) the Sovereign, cannot be named in any statute as merely a "person," or "any person." The undersigned is a member of said "sovereignty itself remains with the people, by whom and for whom, all government exists and acts." **Yick Wo vs. Hopkins** and **Woo Lee vs. Hopkins,** 118 U.S. 356; "Under our system the people, who were there (in England); called subjects are here the sovereign...their rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of a monarch. The citizen here (in America) knows no person, however in years to those in power, or however powerful himself to whom he need yield the rights which the law secures to him…" **United States vs. Lee,** 106 U.S. 196 at 208; "Here (in America) sovereignty rests with the people." **Chisholm Ex'r vs. Georgia,** 1 L. Ed (2 Dall) 415, 472; The words "People of the United States" and "Citizen" are synonymous terms, and mean the same thing. They both describe the political body that, according to our Republican institutions form the sovereignty...they are what we familiarly call the "Sovereign people," and every citizen is one of these people and a constituent member of the sovereignty..." **Wong Kim Ark.** P. 914, 169 U.S. 649, XXX, quoting **Dred Scott vs. Sandford,** 60 U.S. 393, 19 How. 577; "It is true that at (English) common-law the duty of the Attorney General was to represent the King, he being the embodiment of the state. But under the democratic form of government now prevailing, the people are King, so the Attorney General's duties are to that Sovereign rather than to the machinery of government." **Hancock vs. Carry Alcorn Mining Co. Inc.,** Ky., 503 S.W. 2d 710 Kentucky Constitution section 4, **Commonwealth Ex Rel. Hancock vs. Paxton, Kentucky,** 516 S.W. 2d page 867(2) clause 3; "People of a State are entitled to all rights which formerly belonged to the King by his prerogative." **Lansing vs. Smith** (1829) 4 Wend., 9, 20; "In the United States the people are sovereign and the government cannot sever its relationship to the people by taking away their **American Citizenship**." **Afroyim vs. Rusk,** 387 U.S. 253 (1967); The law subscribes to the King (in America, the people) the attribute of sovereignty; he is sovereign and independent

within his own dominion; and owes no kind of subjection to any other potentate upon earth. Hence, it is, that no suit or action can be brought against the King, even in civil matter, because no court can have jurisdiction over him; for all jurisdiction implies supremacy of power. **Chisholm vs. Georgia,** 2 Wall. 419, 458; "The people or the Sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former Sovereign...It is a maxim of the common law that when an act of parliament is made for the public good, the advancement of religion and justice, and to prevent injury and wrong, the King shall be bound by such an act, though not named; but when a statute is General, and any prerogative rights, title or interest would be divested or taken from the King (or the people) in such case he shall not be bound." **The People vs. Herkimer**, 15 American Decisions 379, 4 Cowen (NY LEXIS 80) 345, 348 (February 1825); "Since in common usage, the term 'person' does not include a Sovereign, statutes not implying the phrases are ordinarily construed to exclude it." 1U.S.C. 1, n 12, **United States vs. Fox**, 94 U.S. 315; "In Europe, the executive is synonymous with the sovereign power of the state...where it is too commonly acquired by force or fraud, or both...In America, however the case is widely different. Our government is founded upon compact." "Sovereignty was and is, in the people." **Glass vs. The Sloop Betsy**, 3 Dall 6 (Dallas, U.S. Supreme Court Reporter); "Sovereignty itself is, of course, not subject to law for it is the author and source of law." **Yick Wo vs. Hopkins and Woo Lee vs. Hopkins**, 118 U.S. 356; "There is no such thing as a power of inherent sovereignty in the government of the United States. In this country, sovereignty resides in the people, and Congress can exercise no power which they have not, by their constitution, entrusted to it: All else is withheld." **Julliard vs. Greenmen**, 110 U.S. 421; "Under our form of government, the Legislature is not supreme. It is only one of the organs of the absolute sovereignty which reside in the whole body of the people; like other bodies of the government, it can only exercise such powers as has been delegated to it, and when it steps beyond that boundary, its acts...Are utterly void." **Billings vs. Hall**, 7 CA 1 (Court of Appeals, U.S.).

[10] Now, therefore, I, Barry-Arnold surnamed reynolds, state and declare that I am a member of the foregoing clearly established Sovereignty, *jus sanguinis, droit droit dominium jura in re*, and that, as member of the posterity, reserve all of my Rights Unalienable under the Anglo-Celtic Saxon common law, also clearly established, including that carried through my ancestors' migrations through and without Europe, and sundry other places, but especially into and without Great Britain to America.

Barry-Arnold: Reynolds

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic or municipal jurisdiction or public venue.*

**COUNTY OF PLYMOUTH**                    )
                                          )        **JURAT**
**STATE OF MASSACHUSETTS**                )

*Before me the undersigned a Notary Public acting in and for the* County of Plymouth and State of Massachusetts on this 15th day of ___May___, 2007, the above named man personally appeared and known to me to be the identical man, and said men/women acknowledged that they signed this instrument and acknowledged that they signed this instrument and acknowledged it to be their free and voluntary act and deed for the uses and purposes mentioned in the instrument.

*Given under my hand and seal this 15 day of May ___, in the year of our Lord 2007, A.D.*

*Notary*

Madison Andrew Smith
*Printed Notary name*
*My commission expires* Sept. 21, 2012

# THE U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION

## The Declaration of Independence: A Transcription

## IN CONGRESS, July 4, 1776.

### The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.--Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

He has refused his Assent to Laws, the most wholesome and necessary for the public good.
He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.
He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.
He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.
He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.
He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.
He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.
He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.
He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.
He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance.
He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.
He has affected to render the Military independent of and superior to the Civil power.
He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:
For Quartering large bodies of armed troops among us:
For protecting them, by a mock Trial, from punishment for any Murders which they should commit

on the Inhabitants of these States:

For cutting off our Trade with all parts of the world:

For imposing Taxes on us without our Consent:

For depriving us in many cases, of the benefits of Trial by Jury:

For transporting us beyond Seas to be tried for pretended offences

For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:

For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated Government here, by declaring us out of his Protection and waging War against us.

He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.

He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.

He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions.

In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.

Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

*The 56 signatures on the Declaration appear in the positions indicated:*

**Column 1**
**Georgia:**
  Button Gwinnett
  Lyman Hall
  George Walton

**Column 2**
**North Carolina:**
  William Hooper
  Joseph Hewes
  John Penn
**South Carolina:**

Edward Rutledge
Thomas Heyward, Jr.
Thomas Lynch, Jr.
Arthur Middleton

**Massachusetts:**
John Hancock
**Maryland:**
Samuel Chase
William Paca
Thomas Stone
Charles Carroll of Carrollton
**Virginia:**
George Wythe
Richard Henry Lee
Thomas Jefferson
Benjamin Harrison
Thomas Nelson, Jr.
Francis Lightfoot Lee
Carter Braxton

**Pennsylvania:**
Robert Morris
Benjamin Rush
Benjamin Franklin
John Morton
George Clymer
James Smith
George Taylor
James Wilson
George Ross
**Delaware:**
Caesar Rodney
George Read
Thomas McKean

**New York:**
William Floyd
Philip Livingston
Francis Lewis
Lewis Morris
**New Jersey:**
Richard Stockton
John Witherspoon
Francis Hopkinson
John Hart
Abraham Clark

**New Hampshire:**
Josiah Bartlett
William Whipple
**Massachusetts:**
Samuel Adams
John Adams
Robert Treat Paine
Elbridge Gerry
**Rhode Island:**
Stephen Hopkins
William Ellery
**Connecticut:**
Roger Sherman
Samuel Huntington

William Williams
Oliver Wolcott
**New Hampshire:**
Matthew Thornton

---

**Page URL:** http://www.archives.gov/national-archives-experience/charters/declaration_transcript.html

**U.S. National Archives & Records Administration**
8601 Adelphi Road, College Park, MD, 20740-6001, • 1-86-NARA-NARA • 1-866-272-6272

MA SOC   Filing Number: 200433134000   Date: 9/23/2004 12:33:00 PM

09/23/04  THU 12:07 FAX 16173549691          Hyperion                              ☒005

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    Barry Arnold Reynolds
    In care of:
    4 Alberta Lane
    Lakeville, Massachusetts
            [02347]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | REYNOLDS | BARRY | ARNOLD | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 107 PRECINCT STREET | LAKEVILLE | MA | 02347 | US |

| 1d. | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | Reynolds | Barry | Arnold | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: 107 Precinct Street | Lakeville | Mass. | Near [02347] | uSA |

4. This FINANCING STATEMENT covers the following collateral:

All of debtor's assests, land, and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in Security Agreement No. DMR-040487-SA dated the Fourth Day of the Fourth Month in the Year of Our Lord One Thousand Nine Hundred and Eighty-Seven. Inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transaction, identified in security agreement referenced above. Adjustment of this filing is in accord with UCC Section 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC Sections 1-201(39), 3-401. NON-NEGOTIABLE---PRIVATE BETWEEN THE PARTIES. EXEMPT FROM LEVY. Without prejudice UCC 1-207 (TDC). (Per attached ADDENDUM: This Financing Statement is filed as a fixture filing. Debtor is a Transmitting Utility.)

| 5. ALTERNATIVE DESIGNATION [if applicable]: | □ LESSEE/LESSOR | □ CONSIGNEE/CONSIGNOR | □ BAILEE/BAILOR | □ SELLER/BUYER | □ AG. LIEN | □ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | □ All Debtors □ Debtor 1 □ Debtor 2 | | |

8. OPTIONAL FILER REFERENCE DATA

09/23/04  THU 12:08 FAX 16173549691        Hyperion                              ☒006

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| REYNOLDS | BARRY | ARNOLD |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #:   SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☑ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

**Security Agreement**
Private and Non-negotiable between parties.
FORM: SA-BAR-040487-SA Secured Party: Barry-Arnold: Reynolds

# SECURITY AGREEMENT
## NON-NEGOTIABLE

This Security Agreement is made and entered into this 4th day in the Fourth Month, 1987, by and between BARRY ARNOLD REYNOLDS, DEBTOR, hereinafter "DEBTOR," SOCIAL SECURITY ACCOUNT NUMBER _____ __ __, and Barry-Arnold: Reynolds, Secured Party, hereinafter "Secured Party." The Parties, hereinafter "Parties," are identified as follows:

**DEBTOR**
BARRY ARNOLD REYNOLDS. Social Security Account Number: _____ __ ____
4 ALBERTA LANE.
LAKEVILLE, MA. 02347

**Secured Party**
Barry-Arnold: Reynolds
c/o: 4 Alberta Lane, near;
Lakeville, Massachusetts republic U.S.A. [02347]

NOW, THEREFORE, the Parties agree as follows:

## AGREEMENT

In consideration for Secured Party providing certain accommodations to DEBTOR including, but not limited to, Secured Party:

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to Secured Party, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in commerce;

2. Signing by accommodation for DEBTORS in all cases whatsoever wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

4. Providing the security via the sentient existence, exercise of faculties, and labor of Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as **bound by any person whatsoever, DEBTOR hereby confirms that this Security FORM:** SA- BAR-040487-SA **Secured Party: Barry-Arnold: Reynolds** Agreement is duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

a) Voluntarily enters DEBTOR in the Commercial Registry;

b) Transfers and assigns to Secured Party a security interest in the Collateral described herein below; and

c) Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any manner that Secured Party, by sovereign and unalienable right, elects.

## PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and Secured Party

.
3. DEBTOR is the transmitting utility, and unincorporated, proprietary trademark of Secured Party, and all property of DEBTOR is the secured property of Secured Party.

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party in any manner is expressly prohibited without the written consent of Secured Party.

## FIDELITY BOND

Know all men by these presents, that DEBTOR, BARRY ARNOLD MARIE REYNOLDS, establishes this bond in the form of FUNCTIONAL CURRENCY in favor

of Secured Party, Barry-Arnold: Reynolds, in the sum of present Collateral Values up to the penal sum of One Hundred Billion United States Dollars ($100,000,000,000.h), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators, and third-party assigns, jointly and severally, by these presents.

The condition of the above bond is: Secured Party covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and services in Commercial Activity to Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR'S Surety, Barry-Arnold: Reynolds, is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, DEBTOR agrees to reissue the bond before the end of said thirty (30) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, including copy of any document, correspondence, suit, or action received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to Secured Party, whether direct or indirect, absolute of contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains includes, but is not necessarily limited to, all herein below described personal and real property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party holds all interest. DEBTOR retains possession and use, and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Orders therefrom, are released to DEBTOR.

## FUNTIONAL CURRENCY

Functional Currency found in 26 CFR 1.985-1 through 1.985-7 may be used with this agreement as a Qualified Business Units (QBU). Figures may be identified with an "h" if desired and applicable. The DEBTOR(S) and the Secured Party do hereby adopt the symbol of "$" and may use the term "dollar" for bookkeeping matters. The United State dollar and Federal Reserve notes are distinguished by their obligation.
The Department of the Treasury, Treasury Financial Manual Bulletins and its revisions and forms herein or amendments thereto may be also used for agreements and contracts concerning electronic payments, deposits, fund transfers, account settlement and adjustments, and for other purposes (See Electronic Certification Systems, SF 1166 ECS).

Functional Currency may be used to offset and adjust accounting obligations for taxes, and may be considered for discharging public or private debts with the consent of the parties involved in relation to House Joint Resolution 192, June 5, 1933.
**NO INTENTION OR PROVISION TO COUNTERFEIT UNITED STATES SECURITIES IN RELATION TO UNITED STATES CONSTITUTION ARTICLE 1 SECTION 8 CLAUSE 6.**

It is expressly understood and agreed by all parties who contract with the DEBTOR(S) and Secured Party, that the DEBTOR'(S) drafts, promissory notes, bills of exchange, letters of advice or other instruments, shall not in any manner whatsoever be deemed or misconstrued to be a United States Government Security, Federal Reserve note, United States Note, bond, coupon, Treasury note, obligation, or other type of public security issued under any Act of Congress, regardless of its form or how it is used as a medium of exchange, including but not limited to the following;

(1) draws, prints, processes, produces, publishes, or otherwise makes, or attempts or causes the same, within the United States or (2), passes, presents, offers, brokers, issues, sells, or attempts or causes the same, or with like intent possesses, within the United States or (3), utilizes interstate or foreign commerce, including the use of the mails or wire, radio, or other electronic communications, to transmit, transport, ship, move, parentheses two transfer, or attempts or causes the same, to, from or through the United States, any false or fictitious instrument, document, or other item appearing, representing,

purporting, or contriving through scheme or artifice, to be an actual security or other financial instrument issued under the authority of the United States, a foreign government, a State or other political subdivision of the United States, United States Government, or any organization or agency acting on said behalf.

**UNITED STATE'S STATUTES AT LARGE 37th CONGRESS, SESSION II, CHAPTER 33, FEBRUARY 25, 1862, 18 U.S.C. § 513, §514;**
(2) It is Expressly understood and agreed by all parties who contract with the debtors, that it is not the purpose or intent of the DEBTOR(S) or Secured Party to knowingly or willfully defraud, authorize, issue for use, any type of fictitious obligation, instrument, bill of exchange, draft, promissory note, letter of advice, or other device, for any unlawful, illegal, or fraudulent conveyance, or to imply that any instrument or instruction letter, is or has been issued under any Act of Congress in violation of any laws, not limited to falsely making, forge, counterfeit, alter, present, utter, publish, sell, pass, hold in possession, or bring into the United States any form of securities created under any Act of Congress, Federal Reserve system, or other foreign government.

Private transactions created by U.C.C. contracts under this Security Agreement are not government securities regulated by the Securities Exchange Commission, regulations, or the Securities Act of 1933 and therefore do not violate the "interstate" or "intrastate" Commerce Clause regulated by the United States Congress or the Securities and Exchange Commission.

It is Expressly agreed by all parties who desire to enter into any contract with the debtors, that all employees, courts, magistrates, judges, trustees, commissioners, or other officials, whether or not presiding over the bankruptcy for the United States government, shall not write, make, or enter any plea, including a not guilty plea for the Debtors or defendants. Attorneys and lawyers are not required to be appointed for the debtors, or defendants, without their prior written consent and express authorization from the Secured Party or authorized representatives. Evidence of a valid power of attorney must be signed and made part of any record of any proceeding to prevent committing an act to barratry, trespass, and claim jumping.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement **held by Secured Party must be satisfied in full and acknowledgment of same completed.**

1. All proceeds, products, accounts, and fixtures from crops, mine head wellhead, with transmitting utilities, etc.;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings, including but not limited to

property located in Plymouth County Massachusetts, and not limited to any such
cottages, houses, buildings found in Lakeville Massachusetts U.S.A. or to any other of
the 50 countries of the Union of the U.S.A.

5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit
card accounts, mutual fund accounts, certificates of deposit accounts,
checking accounts, brokerage accounts, savings accounts, retirement plan accounts,
retirement payments, stocks, bonds, securities, and benefits from trusts, including, but not
limited to the above named:

6. All inventory in any form, from any source;

7. All machinery, either farm, industrial, household or personal;

8. All automobiles and trucks and everything contained therein or thereon;

9. All Motorcycles and motorbikes and everything contained therein or thereon;

10. All boats, yachts, and water craft, and all equipment, accoutrements, baggage,
and cargo affixed or pertaining thereto or stowed therein, including but not
limited to: all motors, engines, ancillary equipment, accessories, parts, tools,
instruments, electronic equipment, navigation aids, service equipment,
lubricants, and fuels and fuel additives;

11. All air craft, gliders, balloons, and all equipment, accoutrements, baggage, and
cargo affixed or pertaining thereto or stowed therein, including but not limited
to: all motors, engines, ancillary equipment, accessories, parts, tools,
instruments, electronic equipment, navigation aids, service equipment,
lubricants, and fuels and fuel additives;

12. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo,
and travel trailers, and all equipment, accoutrements, baggage, and cargo
affixed or pertaining thereto or stowed therein, including but not limited to: all
ancillary equipment, accessories, parts, service equipment, lubricants, and
fuels and fuel additives;

13. All livestock and animals, including household pets of any kind, and all things
required for the care, feeding, use, and husbandry thereof;

14. All vehicles, autos, trucks, vans, four-wheel vehicles, wagons, tractors,
trailers, motorcycles, bicycles, tricycles, or wheeled conveyances of any kind,
and any license plates, tags, stickers, and other documents relating thereto;

15. All computer, computer-related equipment and accessories, electronically
stored files or data, telephones, electronic equipment, office equipment and
machines;

16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;

17. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

18. All books and records of DEBTOR;

19. All Trademarks, Registered Marks, Registration Marks, copyrights, patents, proprietary data and technology, inventories, inventions, royalties, and good will;

20. All scholastic degrees, diplomas, honors, awards, meritorious citations;

21. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records audio tapes, video tapes, computer production or storage of any kind whatsoever, of DEBTOR;

22. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof, and all other corporal identification factors, including microchips, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

23. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

24. All rights to obtain, use, request, or refuse or authorize the administration of, any food, beverage, nourishment, or water, or any substance to be infused or injected into, or affecting the body by any means whatsoever;

25. All rights to request, refuse, or authorize the administration of, any drug, manipulation, material, process, procedure, ray, or wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process whatsoever;

26. All keys, locks, lock combinations, encryption codes or keys, smart cards and all information contained therein, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

27. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, including cable, electricity, garbage, gas, gasoline, diesel fuel, internet, satellite, sewage, telephone, water, www, and all other methods of communication, energy transmission, and food or water distribution;

28. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

29. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

30. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile, free from requirement to apply for or obtain any government license or permission and free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

31. All rights to manage maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

32. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for an application, or obtain any government license, permit, certificate, Social Security Number or other identifying number of any kind, or permission of any kind whatsoever;

33. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

34. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

35. All rights to keep and bear arms of any caliber, of any description, and at any location, and all ammunition and other such items necessary to allow and keep these arms functioning properly, for self-defense of self, family, and parties entreating physical protection of person or property, and to carry, use and fire all such arms for the practice of safety, accuracy and other general use;

36. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

37. All rights to create documents of travel of every kind whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

38. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, *i.e.* mind, body, soul, free will, faculties, and self;

39. All rights to privacy and security in person and property, including but not limited to all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

40. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

41. All intellectual property, including but not limited to all speaking and writing;

42. All signatures;

43. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

44. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

45. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, including all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

46. All library cards;

47. All credit, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated records and information;

48. All credit of DEBTOR;

49. All traffic citations/tickets;

50. All parking citations/tickets;

51. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

52. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

53. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

54. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, Roth Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-K's, and the like;

55. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and record numbers, correspondence, and information pertaining thereto or derived therefrom;

56. All cash, coins, money, Federal Reserve Notes, and Silver Certificates, United States Notes, Functional Currency, United States notes, and Drafts;

57. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

58. All products of and for agriculture, and all equipment, farming and gardening machinery, inventories, supplies, fertilizers, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

59. All farm, lawn, and irrigation equipment, both hand and mechanical or animal powered, accessories, attachments, hand-tools, implements, service equipment, parts, consumables, and supplies, and storage sheds and trailers, and contents;

60. All fuel, fuel tanks, containers, and involved or related delivery systems;

61. All metal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, toolboxes, work benches, shops, and facilities;

62. All camping, fishing, hunting, and sporting equipment, and all special clothing, materials, supplies, and baggage related thereto;

63. All rifles and guns and related accessories, including, but not limited to any and all ammunition and the integral components thereof;

64. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, and towers, and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

65. All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining or attached thereto;

66. All computers and computer systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices, keys and processes;

67. All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files, notes, drawings, and items related thereto;

68. All water wells and well-drilling equipment, and all ancillary equipment, chemicals, tools, and supplies;

69. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

70. All building materials and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

71. All communications and data, and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

72. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

73. All artwork, including but not limited to: paintings, etchings, photographic art, lithographs, and serigraphs, and all frames and mounts pertaining or affixed thereto;

74. All food, and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food growth, preparation, preservation, transport, and storage;

75. All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, materials, and service equipment pertaining thereto;

76. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

77. The Will of DEBTOR;

78. All inheritances gotten or to be gotten;

79. All wedding bands and rings, watches, wardrobe, and toiletries;

80. All radios, televisions, household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques;

81. All frequent flyer miles, awards, rewards, monies, upgrades, and any other benefits accrued or to accrue, from any airline to which DEBTOR holds a valid claim card;

82. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like, and all books and records pertaining thereto, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

83. All business, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired, and all books and records thereof and therefrom, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

84. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

85. All telephone numbers;

86. Any and all handguns, rifles, shotguns, BB guns, pellet guns.

87. Any property not specifically listed, named, or specified by make, model, serial number, etc, is expressly herewith included as collateral of DEBTOR.

## ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC § 3-419 and in relation to House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of Secured Party, and not dischargeable in bankruptcy court as Secured Party's property, is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and Secured Party.

DEBTOR agrees to notify all of DEBTOR'S former creditors, would-be creditors, and any would-be purchasers of any herein-described Collateral, of this Security Agreement, and all such personages are expressly so-noticed herewith.

This Security Agreement devolves on Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1. Failure by DEBTOR to pay any debt secured hereby when due;

2. Failure by DEBTOR to perform any obligations secured hereby when required to be performed;

3. Any breach of any warranty by DEBTOR contained in this Security Agreement; or;

4. Any loss, damage, expense, or injury accruing to Secured Party by virtue of the Transmitting-Utility function of DEBTOR.

Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

## SIGNATURES

Secured Party executes this Security Agreement certified and sworn on Secured Party's
unlimited liability true, correct, and complete, and accepts all signatures in accord with
U.C.C. § 3-419.
DIANE MARIE REYNOLDS

Barry-Arnold: Reynolds, Secured Party